**CT Corporation**

# Service of Process Transmittal
10/26/2018
CT Log Number 534303775

**TO:**  Michael Johnson, Legal Assistant
The Hartford
1 Hartford Plz, HO-1-09
Hartford, CT 06155-0001

**RE:**  **Process Served in New York**

**FOR:**  Hartford Casualty Insurance Company  (Domestic State: IN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | SNEH PRABHA SHUKLA, PLTF. vs. HARTRFORD CASUALTY INSURANCE COMPANY, DFT. |
| **DOCUMENT(S) SERVED:** | LETTER, SUMMONS, COMPLAINT, ATTACHMENT(S) |
| **COURT/AGENCY:** | Nassau County: Supreme Court, NY<br>Case # 18001177 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, New York, NY |
| **DATE AND HOUR OF SERVICE:** | By Regular Mail on 10/26/2018 postmarked on 10/23/2018 |
| **JURISDICTION SERVED :** | New York |
| **APPEARANCE OR ANSWER DUE:** | WITHIN 30 DAYS AFTER THE SERVICE OF THIS SUMMONS NOT COUNTING THE DAY OF SERVICE ITSELF |
| **ATTORNEY(S) / SENDER(S):** | SNEH PRABHA SKUKLA<br>293 HEMPSTEAD AVENUE<br>WEST HEMPSTEAD, NY 11552<br>516-280-3392 |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/26/2018, Expected Purge Date: 10/31/2018<br><br>Image SOP<br><br>Email Notification, Michael Johnson  MICHAEL.JOHNSON@THEHARTFORD.COM<br><br>Email Notification, Massimo Fraschilla  Massimo.Fraschilla@thehartford.com<br><br>Email Notification, Fiona Rosenberg  Fiona.Rosenberg@thehartford.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>111 8th Ave Fl 13<br>New York, NY 10011-5213<br>212-590-9070 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

NEW YORK STATE
DEPARTMENT of
FINANCIAL SERVICES
ONE COMMERCE PLAZA
ALBANY, NY 12257

U.S. POSTAGE PITNEY BOWES
ZIP 12210   $ 002.05°
02 4W
0000355173 OCT 23 2018

Melissa Fox, CT Corporation System
Hartford Casualty Insurance Company
111 Eighth Avenue
New York NY 10011

**DEPARTMENT** *of*
**FINANCIAL SERVICES**

| | |
|---|---|
| Andrew M. Cuomo<br>Governor | Maria T. Vullo<br>Superintendent |

STATE OF NEW YORK

Supreme Court, County of NASSAU

18-001177

SNEH PRABHA SHUKLA                                          Plaintiff(s)

against

                                                                               Defendant(s)

Hartford Casualty Insurance Company

RE :Hartford Casualty Insurance Company formerly known as Hartford Casualty Insurance Company of Indiana

Attorney for Plaintiff(s) and Defendant(s) please take notice as follows:

Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon this Department Summons and Complaint in the above entitled action on October 18, 2018 at New York, New York. The $ 40.00 fee is also acknowledged.

Original to Attorney for Plaintiff(s):

    SNEH PRABHA SKUKLA
    293 HEMPSTEAD AVENUE
    WEST HEMPSTEAD, New York 11552

Persuant to the requirement of section 1212 of the Insurance Law, Defendant(s) is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant:

    Melissa Fox, CT Corporation System
    Hartford Casualty Insurance Company
    111 Eighth Avenue
    New York, New York 10011

*Kathleen Granderath*

**Kathleen Granderath**
**Special Deputy Superintendent**

Dated Albany, New York, October 22, 2018
 606949

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU -

------------------------------------------------------------------x

SNEH PRABHA SHUKLA

Plaintiff,

-against-

HARTFORD CASUALTY INSURANCE CO.,

Defendant.

------------------------------------------------------------------x

Index No.
Dated Filed:

18 - 001177

10/11/8

**SUMMONS**

To the Person(s) Named as Defendannt(s) above:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to answer the complaint of the Plaintiff(s) herein and to serve a copy of your answer on the Plaintiff(s) at the address indicated below within twenty (20) days after the service of this Summons (not counting the day of service itself), or within thirty (30) days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relied demanded in the complaint.

Dated: 9/26/18
County: Nassau

Sneh Prabha Shukla
293 Hempstead Avenue,
West Hempstead, NY 11552
516-280-3392

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-------------------------------------------------------------------x

SNEH PRABHA SHUKLA

Plaintiff,                                          Index No.:   18- 001177
-against-

                                                              10/11/18    **COMPLAINT**
HARTRFORD CASUALTY INSURANCE CO.

Defendant.
-------------------------------------------------------------------x

To the Supreme Court of the State of New York,

The complaint of the Plaintiff, Sneh Prabha Shukla, respectfully shows and
alleges as follows:

1. Plaintiff herein, Sneh Prabha Shukla, is a resident of the State of New York.
   Plaintiff resides at 293 Hempstead Avenue, West Hempstead, NY 11552.

2. The Defendant herein, Hartford Insurance Company, has a principal place of
   business at Hartford Plaza, Hartford, CT 06115. Defendant is engaged in the
   business of providing commercial insurance.

3. Defendant does substantial business in the State of New York and has office
   locations within the State.

4. Plaintiff as a Partner of SYZ Associates and Defendant entered unto a
   Contract of Insurance with the Defendant on 6/2/2012 covering 519-545 West
   Merrick Road, Valley Stream, NY 11580.

5. On August 9, 2012 a fire occurred destroying the building premises covered
   by the insurance which was in full force and effect.

6. Notwithstanding Defendant's own Estimate which was over $1,000,000.
   Annexed herein as Exhibit A. The defendant paid to SYZ the sum of
   $800,000.00, despite their own estimate of $1,000,000. Defendant orally
   promised to pay the difference.

7. Also a statement by the Fire Marshall for Nassau County estimated the
   damaged at $1.5 Million. That statement is annexed herein as Exhibit B.

8. Plaintiff was forced by the Underpayment to use her own personal funds to
   pay for necessary expenses to restore the Shopping Center.

9.   This included the Sale of Plaintiff's own property in Brookville, Insurance Policies and personal jewelry.

10.  Plaintiff has set forth as Exhibit C invoices for work done on the Shopping Center amounting to $938,590.00 from AMST Construction Corp.

11.  Additionally, Plaintiff advanced $50,000.00 to the Architect. $70,000.00 for mold remediation, $55,000.00 for Stucco on outer walls of Shopping Center. $40,000.00 for maintenance including snow removal.

12.  Defendant was under Contract to pay the proper amount for the Damages and because of their under-payment Plaintiff was caused to spend $500,000.00 of her own money.

13.  Defendant is therefore required to reimburse Plaintiff the sum of $500,000.00 with interest which will make her whole.

WHEREFORE, Plaintiff demands judgement against Defendant in the sum of $500,000.00, plus interest from Hartford Casualty Insurance, Co., costs and disbursements, together with any other relief the Court finds to be just and proper.

Sneh Prabha Shukla
293 Hempstead Avenue,
West Hempstead, NY 11552

Dated: September 27, 2018
West Hempstead, New York

# VERIFICATION

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF  NASSAU    )

Sneh Prabha Shukla, being duly sworn, deposes and says:

I am the Plaintiff in the above entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true,

_____
SNEH PRABHA SHUKLA

Sworn to before me this
27th day of September, 2018

Notary Public
ROBERT S. RUBINE
Notary Public, State of New York
No. 30-4515707
Qualified in Nassau County
Commission Expires Feb. 28, 20__

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

-------------------------------------------------------------------x

SNEH PRABHA SHUKLA,

                        Plaintiff,

    – *against* –

HARTFORD CASUALTY INSURANCE, CO.,

                        Defendant,

-------------------------------------------------------------------x

Index No.:

PART 130:
CERTIFICATION

CERTIFICATION:    I hereby certify that all of the papers I have served,

filed or submitted to the Court in this action are not frivolous as defined in subsection (c)

of Section 130-1.1 of the RULES OF THE CHIEF ADMINISTRATOR OF THE COURTS.

Dated: September 27th, 2018
      MINEOLA, NEW YORK

By: Sneh Prabha Shukla
293 Hempstead Avenue,
West Hempstead, NY 11552
516-280-3392

Exhibit A

Loss Run | General Insurance Period | Progress and Loss Summary                                                    [?]

This report may include reserve information for open claims. Reserves are estimates intended
to reflect potential claim exposures based on information known to The Hartford at the time
the reserve is established. Reserves are subject to change, and may not be relied upon as a
guarantee of payment by The Hartford. This data is current as of the date indicated on the
report.



Losses are net of deductible recoveries                        Printing Tip: Set your page orientation to landscape for best results.

| Name Insured: | Syz Associates  West Hempstead , Ny | Report Period: | All Losses | Date Produced: | 08/20/2018 |
| Policy: | 012UUN PM3210  06/02/2012 - 06/02/2013 | LOB: | Multi-flex - General Liab | Valued as of: | 08/20/2018 |
| Producer: | Cotgreave Insurance Agency Inc  Ronkonkoma , Ny | Producer Code: | 120745 | Producing Regional: | Long Island |

* = Recovery Pending                    # = WC Medical Only

### Premises/operations    Policy:   12UUN PM3210    Policy Term:   06/02/2012 - 06/02/2013

| Loss Date | Date Reported | Date Closed | Claim Number | Risk State | Class Code | Paid Losses | Paid Expense | Open Losses | Open Expense | Total Inc Loss & Exp | Claimant/Driver Location of Property | Age | Len Empl | Acc Code | Location of Accident/Claim Desc/Clmt Occupation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/09/2012 | 08/09/2012 | 10/23/2012 | KYPOLP05122 | NY | 61217 | 0 | 0 | 0 | 0 | 0 | Merrick Dry Cleaners | 00 | | 71 | Valley Streamny/Damage Resulting From Fire |
| 08/09/2012 | 08/09/2012 | 10/23/2012 | YPOLP05123 | NY | 61217 | 0 | 0 | 0 | 0 | 0 | The Right Reverend Aubrey N B | 00 | | 71 | Valley Streamny/Damage Resulting From Fire |

| Total Claims For | Number of Claims | Paid Losses | Paid Expense | Open Losses | Open Expense | Total Incurred |
|---|---|---|---|---|---|---|
| NY | 2 | 0 | 0 | 0 | 0 | 0 |
| Line of Business | 2 | 0 | 0 | 0 | 0 | 0 |

| Total Claims For | Number of Claims | Paid Losses | Paid Expense | Open Losses | Open Expense | Total Incurred |
|---|---|---|---|---|---|---|
| NY | 2 | 0 | 0 | 0 | 0 | 0 |
| Line(s) of Business | 2 | 0 | 0 | 0 | 0 | 0 |

### Multi-flex Fire & Allied    Policy:   12UUN PM3210    Policy Term:   06/02/2012 - 06/02/2013

| Loss Date | Date Reported | Date Closed | Claim Number | Risk State | Class Code | Paid Losses | Paid Expense | Open Losses | Open Expense | Total Inc Loss & Exp | Claimant/Driver Location of Property | Age | Len Empl | Acc Code | Location of Accident/Claim Desc/Clmt Occupation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/09/2012 | 08/09/2012 | 01/02/2018 | KYPXF 11657 | NY | | 908,090 | 0 | 0 | 0 | 908,090 | 519-545 West Merrick Road Valley Stream Ny | 00 | | 23 | Neighboring Premises |
| 08/09/2012 | 08/09/2012 | 02/05/2016 | YPXF 11658 | NY | | 100 000 | 0 | 0 | 0 | 100,000 | 519-545 West Merrick Road Valley Stream Ny | 00 | | 23 | Neighboring Premises |

| Total Claims For | Number of Claims | Paid Losses | Paid Expense | Open Losses | Open Expense | Total Incurred |
|---|---|---|---|---|---|---|
| NY | 2 | 1 008,090 | 0 | 0 | 0 | 1,008,090 |
| Line of Business | 2 | 1 008,090 | 0 | 0 | 0 | 1,008,090 |

| MULTI-FLEX FIRE & ALLIED    Policy:   12UUN PM3210    Policy Term:   06/02/2011 - 06/02/2012 |
|---|
| No Claims for this policy |
| MULTI-FLEX BOILER & MACH    Policy:   12UUN PM3210    Policy Term:   06/02/2011 - 06/02/2012 |
| No Claims for this policy |
| MULTI-FLEX BOILER & MACH    Policy:   12UUN PM3210    Policy Term:   06/02/2012 - 06/02/2013 |
| No Claims for this policy |
| PREMISES/OPERATIONS    Policy:   12UUN PM3210    Policy Term:   06/02/2011 - 06/02/2012 |
| No Claims for this policy |

Exhibit B

Case 2:18-cv-06604-JMA-AYS   Document 1-1   Filed 11/09/18   Page 12 of 29 PageID #: 17



# NFIRS-1 Basic

**A** Fire Department — Valley Stream Fire Department | Date | Time | Incident Number | Exposure

**B** Intersection
MERRICK ROAD W
VALLEY STREAM, NY 11580
Cross Street: Shaw

Census Tract



**C** Incident Type: 111
Building fire

**D** Automatic aid received
30013    NY
Their FDID    State    Incident
30013, 30037, 30026, 30071, 30032,
Responding Departments (Press Other)

**E₁** Dates and Times
Alarm Time 08/08/2012 22:57:00
Time Out 08/08/2012 22:57:00
Arrival 08/08/2012 23:00:00
Controlled
Cleared 08/09/2012 03:35:00

**E₂** Shift and Alarms
Shift    Alarm    District    Alarm Box

**E₃** Special Studies

**F** Actions Taken
1. Fire control or extinguishment, other
2. Extinguishment by fire service personnel
3. Salvage & overhaul

**G₁** Resources

| | Apparatus | Personnel |
|---|---|---|
| Suppression | 0 | 0 |
| EMS | 0 | 0 |
| Other | 0 | 0 |
| Personnel Not on Apparatus | | 99 |
| Total Personnel | | 99 |

**G₂** Estimated Dollar Losses
Losses
Property    $1,500,000
Contents    $500,000
Pre Incident Value
Property    $3,000,000
Contents    $1,000,000

**H₁** Casualties

| | Deaths | Injuries |
|---|---|---|
| Fire Service | 0 | 0 |
| Civilian | 0 | 0 |

**H₃** Hazardous Materials Release

**J** Property Use
Mercantile, business, other

**H₂** Detector

**I** Mixed Property Use
Mixed use, other

**K₁** Person Entity Involved
MERRICK ROAD W
VALLEY STREAM, NY 11580

**K₂** Owner
MERRICK ROAD W
VALLEY STREAM, NY 11580
- - -

**L** Remarks
MUTUAL AID RECEIVED FROM;ELMONT FD FAS TEAM,1 ENGINE,1 LADDER,MALVERNE FD 1 LADDER,HEWLETT FD 1 ENGINE,WOODMERE FD 1 AMBULANCE,LAWRENCE CEDARHURST FD 1 LADDER,LYNBROOK FD 1 AMBULANCE,1 LADDER,MEADOWMERE PARK FD 1 AMBULANCE,ROCKVILLE CENTRE FD 1 HEAVY RESCUE,1 ENGINE,1 LADDER.

**M**
Charles A Brocher | Assistant Chief | Chief Officer | 08/09/2012
Officer in Charge | Rank | Assignment | Date
Charles A Brocher | Assistant Chief | Chief Officer | 08/09/2012
Member Making Report | Rank | Assignment | Date

R



## NFIRS-2 Fire

**B** Property Details

**B₁** *Not Residential*
Estimated number of residential living units in building of origin whether or not all units became involved.

**B₂** *1*
Number of buildings involved.

**B₃** *None*
Acres burned (outside fires).

**C** On-Site Materials or Products
Flammables, combustible liquids, other    Undetermined
On-site material (1)    Storage Code
On-site material (2)    Storage Code
On-site material (3)    Storage Code

**D Ignition**

*Sales area, showroom (exclude display window)*
Area of Fire Origin

*Electrical arcing*
Heat Source

*Electrical wire, cable insulation*
Item First Ignited

*Plywood*
Type of Material First Ignited

**E₁ Cause of Ignition**

*Unintentional*

**E₂ Factors Contributing to Ignition**

*1. Electrical failure, malfunction, other*

**E₃ Human Factors**

*None*

**F   Equipment Involved in Ignition**

**G   Fire Suppression Factors**
*1. Fire supression factor, other*

**H   Mobile Property Involved**

| NFIRS-3 Structure | I₁ Structure Type | I₂ Structure Status | I₃ Building Height | I₄ Main Floor Size |
|---|---|---|---|---|
| | Enclosed building | In normal use | 1 story above grade / 1 story below grade | A length of 500 feet by a width of 50 feet |

| J₁ Fire Origin | J₃ Number of stories damaged by flame | K Material Contributing Most to Flame Spread |
|---|---|---|
| 1 story above | | Item Structural member or framing |
| J₂ Fire Spread | | |
| Beyond building of origin | | Type |

**L₁ Presence of Detectors**
None present

**M₁ Presence of Automatic Extinquishment System**
None Present

---

Date: 03/05/2018      Valley Stream Fire Depatment      Page: 2

Exhibit C

**AMSJ Construction Corporation**

131 8th Street
Hicksville, NY 11801
ph 516 852 3463
fax 516 214 8083

# Invoice

PAID

| Date | Invoice # |
|------|-----------|
| 6/19/2013 | 3274 |

**Bill To**

syz asso.(shukla)
533 west marrick rd valley stream
ny 11580

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | new electric wiring and fixture , new interior framing , new insulation , new floor , new shetrock , new paint, new store front new hvac , new plywood over roof rafter, new  roof, new bathroom , new window and doors , new plumbing , new chimney for hot water heater and dryer, mold proof and finish basement . | 138,210.00 | 138,210.00 |

All work is complete!

**Total**

AMSJ Construction Corporation

131 8th Street
Hicksville, NY 11801
ph 516 852 3463
fax 516 214 8083

# Invoice

| Date | Invoice # |
|---|---|
| 6/19/2013 | 3270 |

**Bill To**

syz asso.(shukla)
535 west marrick rd valley stream
ny 11580

PAID

| P.O. No. | Terms | Project |
|---|---|---|
| | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | new store front , new roof , new hvac , new bathroom, new interior framing ,new insulation , new sheetrock , new paint , new electric and fixture , new floor , new plumbing , new bathroom , new window and doors , mold proof and finish basement | 108,760.00 | 108,760.00 |

Thank you for your business.

| | **Total** | **$108,760.00** |
|---|---|---|

**AMSJ Construction Corporation**

131 8th Street
Hicksville, NY 11801
ph 516 852 3463
fax 516 214 8083

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/19/2013 | 3272 |

PAID

**Bill To**

syz asso. (shukla)
543 west marrick rd valley stream
ny 11580

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | demo interior store , new framing , new insulation , new sheetrock , new paint , new front and back door , new roof , new electric and fixture, new drop ceiling | 67,870.00 | 67,870.00 |
| | | | |

All work is complete!

**Total**      $67,870.00

# Invoice

**AMSJ Construction Corporation**

131 8th Street
Hicksville, NY 11801
ph 516 852 3463
fax 516 214 8083

| Date | Invoice # |
|------|-----------|
| 6/19/2013 | 3277 |

**Bill To**

syz asso. (shukla)
531 west marrick rd
veally stream ny 11580

PAID

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | demo the inter store , new roof rafter , new ply wood over the roof rafter , new roof , new insulation , new store front , new interior framing , new electric and fixture , new shetrock and paint , new plumbing , new bathroom , new hvac , new floor tile . new doors and window ,mold proof and finish basement . | 196,470.00 | 196,470.00 |

Thank you for your business.

| **Total** | **$196,470.00** |
|-----------|-----------------|

# Invoice

**AMSJ Construction Corporation**

131 8th Street
Hicksville, NY 11801
ph 516 852 3463
fax 516 214 8083

| Date | Invoice # |
|------|-----------|
| 6/19/2013 | 3275 |

**Bill To**

syz asso. (shukla)
527 west marrick rd valley stream
ny 11580

PAID

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  |  |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | new roof beam,new plywood over the roof beam, new roof, new interior framing, new insulation , new sheetrock , new floor tile, new paint, new bath room, new hvac , new store front ,new electric wiring and fixtures, new window and doors, mold proof and finish basement | 143,780.00 | 143,780.00 |

Thank you for your business.

| **Total** | **$143,780.00** |
|-----------|-----------------|

# Invoice

**AMSJ Construction Corporation**

131 8th Street
Hicksville, NY 11801
ph 516 852 3463
fax 516 214 8083

| Date | Invoice # |
|------|-----------|
| 6/19/2013 | 3276 |

PAID

**Bill To**

syz asso.(shukla)
529 west marrick rd valley stream
ny 11580

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  |  |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | new roof rafter , new plywood over the roof rafter ,new roof , new store front , new plumbing , new bath room ,new hvac ,  new electric and fixture , new interior framing , new shetrock , new paint , new floor , new doors , mold proof and finish basement | 148,650.00 | 148,650.00 |

Thank you for your business.

| | Total | $148,650.00 |

# Invoice

**AMSJ Construction Corporation**

131 8th Street
Hicksville, NY 11801
ph 516 852 3463
fax 516 214 8083

| Date | Invoice # |
|------|-----------|
| 6/19/2013 | 3273 |

**Bill To**

syz asso. (shukla)
537 west marrick rd valley stream
ny 11580

PAID

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | demo  interior store , new framing , new insulation , new electric and fixture , new plumbing , new bathroom , new hvac , new store front , new roof, new sheetrock and paint , new doors and window , new floor, finish and mold proof basement. | 134,850.00 | 134,850.00 |

Thank you for your business.

**Total** | $134

**AMSJ Construction Corporation**

131 8th Street
Hicksville, NY 11801
ph 516 852 3463
fax 516 214 8083

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/19/2013 | 3274 |

**PAID**

**Bill To**

syz asso.(shukla)
533 west marrick rd valley stream
ny 11580

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | new electric wiring and fixture , new interior framing , new insulation , new floor , new shetrock , new paint, new store front new hvac , new plywood over roof rafter, new roof, new bathroom , new window and doors , new plumbing , new chimney for hot water heater and dryer, mold proof and finish basement . | 138,210.00 | 138,210.00 |

All work is complete!

**Total**

**AMSJ Construction Corporation**

131 8th Street
Hicksville, NY 11801
ph 516 852 3463
fax 516 214 8083

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/19/2013 | 3275 |

**Bill To**

syz asso. (shukla)
527 west marrick rd valley stream
ny 11580

PAID

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  |  |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | new roof beam,new plywood over the roof beam, new roof, new interior framing, new insulation , new sheetrock , new floor tile, new paint, new bath room, new hvac , new store front ,new electric wiring and fixtures, new window and doors, mold proof and finish basement | 143,780.00 | 143,780.00 |

Thank you for your business.

| | **Total** | $143,780.00 |

AMSJ Construction Corporation

131 8th Street
Hicksville, NY 11801
ph 516 852 3463
fax 516 214 8083

# Invoice

| Date | Invoice # |
|---|---|
| 6/19/2013 | 3277 |

**Bill To**

syz asso. (shukla)
531 west marrick rd
vealfy stream ny 11580

PAID

| | P.O. No. | Terms | Project |
|---|---|---|---|
| | | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | demo the inter store , new roof rafter , new ply wood over the roof rafter , new roof , new insulation , new store front , new interior framing , new electric and fixture , new shetrock and paint , new plumbing , new bathroom , new hvac , new floor tile . new doors and window ,mold proof and finish basement . | 196,470.00 | 196,470.00 |

Thank you for your business.

| **Total** | **$196,470.00** |
|---|---|

**AMSJ Construction Corporation**

131 8th Street
Hicksville, NY 11801
ph 516 852 3463
fax 516 214 8083

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/19/2013 | 3272 |

**Bill To**

syz asso. (shukla)
543 west marrick rd valley stream
ny 11580

PAID

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  |  |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | demo interior store ; new framing , new insulation , new sheetrock , new paint , new front and back door , new roof , new electric and fixture, new drop ceiling | 67,870.00 | 67,870.00 |

All work is complete!

| | **Total** | $67,870.00 |

# Invoice

**AMSJ Construction Corporation**

131 8th Street
Hicksville, NY 11801
ph 516 852 3463
fax 516 214 8083

| Date | Invoice # |
|------|-----------|
| 6/19/2013 | 3276 |

**Bill To**

syz asso.(shukla)
529 west marrick rd valley stream
ny 11580

PAID

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | new roof rafter , new plywood over the roof rafter ,new roof , new store front , new plumbing , new bath room ,new hvac , new electric and fixture , new interior framing , new shetrock , new paint , new floor , new doors , mold proof and finish basement | 148,650.00 | 148,650.00 |

Thank you for your business.

| **Total** | **$148,650.00** |

# Invoice

**AMSJ Construction Corporation**

131 8th Street
Hicksville, NY 11801
ph 516 852 3463
fax 516 214 8083

| Date | Invoice # |
|------|-----------|
| 6/19/2013 | 3270 |

PAID

**Bill To**

syz asso.(shukla)
535 west marrick rd valley stream
ny 11580

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | new store front , new roof , new hvac , new bathroom, new interior framing ,new insulation , new sheetrock , new paint , new electric and fixture , new floor , new plumbing , new bathroom , new window and doors , mold proof and finish basement | 108,760.00 | 108,760.00 |

Thank you for your business.

| **Total** | **$108,760.00** |
|-----------|-----------------|

**AMSJ Construction Corporation**

131 8th Street
Hicksville, NY 11801
ph 516 852 3463
fax 516 214 8083

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/19/2013 | 3273 |

**Bill To:**

syz asso. (shukla)
537 west marrick rd valley stream
ny 11580

PAID

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | demo interior store , new framing , new insulation , new electric and fixture , new plumbing , new bathroom , new hvac , new store front , new roof, new sheetrock and paint , new doors and window , new floor, finish and mold proof basement. | 134,850.00 | 134,850.00 |

Thank you for your business.

**Total** $134,850.00

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
------------------------------------------------------------------x
In the Matter of the Application of

Sneh Prabha Shukla                                          **[ Index No. & Year]**
                                                  ,   Index No.
**[Fill in name(s)]**   Plaintiff(s)/Petitioner(s)
                        -against-                     _____ / ____

Hartford Casualty Insurance, Co.
**[ Fill in name(s)]**   Defendant(s)/Respondent(s)


------------------------------------------------------------------x


## Summons and Complaint
**[Insert name(s) of papers submitted]**



_____
**[YOUR SIGNATURE]**

Sneh Prabha Shukla
_____
**[PRINT YOUR NAME]**

293 Hempstead Avenue
_____
**[YOUR ADDRESS]**

West Hempstead, NY 11552
_____
**[CITY, STATE ZIP CODE]**

516-280-3392
_____
**[YOUR PHONE NUMBER]**